UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PAULINE PHIPPS,

    Plaintiff,

v.                                          Case No:   2:16-cv-542-FtM-38MRM

STEVE WHIDDEN,

    Defendant.
_____/

## OPINION AND ORDER[1]

This matter comes before the Court on United States Magistrate Judge Mac R. McCoy's Report and Recommendation (Doc. #25) filed on March 9, 2017.  Judge McCoy recommends dismissing this action against Steve Whidden based on Plaintiff's failure to prosecute.  No objections have been filed and the time to do so has now expired.  The matter is ripe for review.

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).  If no specific objections to findings of fact are filed, the district judge is not required to conduct a *de novo* review of those findings.  See *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993).  However, the district judge must review legal conclusions *de novo*, even in the

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

absence of an objection. See *Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994)

After careful consideration of the Report and Recommendation and an independent review of the file, the Court adopts, accepts, and approves the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #25) is **ACCEPTED and ADOPTED** and the findings are incorporated herein.

2. This cause is **DISMISSED without prejudice.** The Clerk is directed to terminate any pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 27th day of March, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Hon. Mac R. McCoy
All Parties of Record